IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00596-MSK-MEH

ROBERT C. BAUGHMAN,

    Plaintiff,

v.

AVENTIS PHARMACEUTICALS ASSOCIATE SEPARATION PLAN, a/k/a the
Aventis Severance Plan, and a/k/a the sanofi-aventis Severance Plan,
AVENTIS ASSOCIATE SEPARATION PLAN COMMITTEE, a/k/a the Separation Plan
Administrative Committee, and a/k/a the sanofi-aventis Separation Plan Administrative
Committee,
SANOFI-AVENTIS U.S. LLC, doing business under the designation of sanofi-aventis, a
member of the sanofi-aventis Group, a societe anonyme, a form of limited liability company,
incorporated under the laws of France, and a/k/a Aventis Pharmaceuticals and sanofi-aventis
Pharmaceuticals, and a/k/a Aventis Inc.,

    Defendants.

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

IT IS ORDERED that, as to any exhibits and depositions to be used during this case, counsel for the parties shall obtain such exhibits and depositions from the Court within 30 days after any judgment is entered or closure of the case. Counsel shall retain same for 60 days beyond the later of the time to appeal or conclusion of any appellate proceedings. Failure to retrieve exhibits and depositions in conformance with this Order may result in their destruction.

Dated this 28th day of March, 2007.

                                **BY THE COURT:**

                                */s/ Marcia S. Krieger*
                                Marcia S. Krieger
                                United States District Judge