IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00596-MSK-MEH

ROBERT C. BAUGHMAN,

       Plaintiff,

v.

AVENTIS PHARMACEUTICALS ASSOCIATE SEPARATION PLAN, a/k/a the
Aventis Severance Plan, and a/k/a the sanofi-aventis Severance Plan,
AVENTIS ASSOCIATE SEPARATION PLAN COMMITTEE, a/k/a the Separation Plan
Administrative Committee, and a/k/a the sanofi-aventis Separation Plan Administrative
Committee,
SANOFI-AVENTIS U.S. LLC, doing business under the designation of sanofi-aventis, a
member of the sanofi-aventis Group, a societe anonyme, a form of limited liability company,
incorporated under the laws of France, and a/k/a Aventis Pharmaceuticals and sanofi-aventis
Pharmaceuticals, and a/k/a Aventis Inc.,

       Defendants.

## ORDER SETTING HEARING UNDER FED.R.CIV.P. 16

       THIS MATTER comes before the Court upon a Complaint filed by the Plaintiff seeking to recover benefits under an ERISA plan, 29 U.S.C. § 1132(a)(1)(B). In light thereof, a hearing pursuant to Fed. R. Civ. P. 16(b) and D.C.COLO.LCivR 16.1 is necessary.

**IT IS ORDERED**:

(1)     A hearing is set for **July 31, 2007 at 8:30 a.m.** in Courtroom A901 of the United States Courthouse located at 901 19th Street, Denver, Colorado.

(2)     On or before **July 9, 2007**, and in conformance with Fed. R. Civ. P. 26(f), D.C.COLO.LCivR 16.1, 16.2 and 26.1, and this Order, the parties shall prepare and submit a proposed scheduling order. The proposed scheduling order shall be in the form specified by D.C.COLO.LCivR Appendix F **except** that:

    (a)     It shall not contain a signature line for a judicial officer.
    (b)     It shall address the following:

        Nature of the Plaintiffs' Claims:
- Whether some or all of the Plaintiffs' claims are preempted by ERISA.
- Whether the Plaintiffs intend to proceed with a claim for benefits under 29 U.S.C. § 1132(a)(1)(B).

        Standard of Review:
- Do the plan documents confer discretion upon the plan administrator to interpret the plan?
- Is this Court's review of the plan administrator's decision *de novo* or under an arbitrary and capricious standard?

        Administrative Record:
- What documents comprise the administrative record?
- How much time do the parties need to compile and submit the administrative record?

        Discovery:
- Does the claimant contend that the plan administrator had a conflict of interest in administering the plan? If so, are there facts in dispute concerning this issue?
- Is there a need for discovery?

(c)    It shall not address the matters set forth in Section 7 (Case Plan and Schedule), Section 9 (Other Scheduling Issues) or Section 10 (Dates for Further Conferences) of Appendix F.

(3)    No later than **July 9, 2007**, the parties shall stipulate to and file all pertinent ERISA plan documents including summary plan descriptions. At the conference, the parties shall be prepared to address all applicable provisions in the plan documents.

(4)    At the scheduling conference, the parties shall be prepared to address the issues covered by the proposed scheduling order and any other issues enumerated in Fed. R. Civ. P. 16(c).

Dated this 6th day of June, 2007

        **BY THE COURT:**

        *Marcia S. Krieger*
        _____

        Marcia S. Krieger
        United States District Judge