IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00596-MSK-MEH

ROBERT C. BAUGHMAN,

    Plaintiff,

v.

AVENTIS PHARMACEIUTICALS ASSOCIATE SEPARATION PLAN,
AVENTIS ASSOCIATE SEPARATION PLAN COMMITTEE,
SANOFI-AVENTIS U.S., L.L.C.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 5, 2007.**

    The Stipulated Motion to Vacate Scheduling and Settlement Conference (Notice of Settlement) [filed November 5, 2007; doc #24] is **granted**. The parties shall file final settlement documents with the Court on or before November 20, 2007.