# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00596-MSK-MEH

ROBERT C. BAUGHMAN,

 Plaintiff,

vs.

AVENTIS PHARMACEUTICALS ASSOCIATE SEPARATION PLAN, a/k/a the Aventis Severance Plan, and a/k/a the sanofi-aventis Severance Plan; AVENTIS ASSOCIATE SEPARATION PLAN COMMITTEE, a/k/a the Separation Plan Administrative Committee, and a/k/a the sanofi-aventis Separation Plan Administrative Committee; SANOFI-AVENTIS U.S. LLC, doing business under the designation of sanofi-aventis, a member of the sanofi-aventis Group, a societe anonyme, a form of limited liability company, incorporated under the laws of France, and a/k/a Aventis Pharmaceuticals and sanofi-aventis Pharmaceuticals, and a/k/a Aventis Inc.,

 Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

 The Court, having reviewed the parties' Stipulation for Dismissal, and being fully advised in the matter, hereby **ORDERS** that this action is DISMISSED WITH PREJUDICE.

Each party shall bear its own attorneys' fees and costs.

 Dated this 5th day of February, 2008.

     **BY THE COURT:**

     *Marcia S. Krieger*

     Marcia S. Krieger
     United States District Judge